IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNEST WILSON, SR.,

        Plaintiff

        vs.

PPL MARTIN'S CREEK, LLP.,

        Defendant

CIVIL ACTION

NO. 09-CV-3147

FILED
MAR 24 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 23rd day of March, 2010, it is hereby ORDERED that the Motion of the Defendant to Dismiss [Doc. # ] is GRANTED.

The Complaint is DISMISSED with prejudice.

The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

_Thomas M. Golden_
THOMAS M. GOLDEN, J.